UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY L. COOPER, et al.,

                Plaintiffs,

v.                            Case No. 3:05-cv-746-J-16TEM

JAMES V. CROSBY, etc.; et al.,

                Defendants.

### ORDER

1. This appeal is not taken in good faith under Rule 24(a) of the Federal Rules of Appellate Procedure. Additionally, Plaintiff Cooper is not entitled to appeal as a pauper because he has filed numerous actions and appeals that have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(g); Rivera v. Allin, 144 F.3d 719, 730 (11th Cir.), cert. dismissed, 524 U.S. 978 (1998). Pursuant to 28 U.S.C. § 1915(g), Plaintiff Cooper must pay the $255.00 appellate filing and docketing fees "immediately and in full rather than on an installment plan." Medberry v. Butler, 185 F.3d 1189, 1193 n.2 (11th Cir. 1999).

2. Plaintiff Cooper's August 29, 2005, Motion for Rehearing and Motion to Reinstate (Doc. #11) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of September, 2005.

JOHN H. MOORE II
United States District Judge

```
sc 9/13
c:   Anthony L. Cooper
     Anthony Miller
     Luis Negron
```